UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-23079-CIV-JORDAN

| | |
|---|---|
| SHIRLEY MATTINGLY, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, | ) ) ) |
| Defendant | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The parties' unopposed motion for enlargement of time [D.E. 18] is GRANTED. The parties are reminded to file proposed orders for motions like this one as required by Local Rule 7.1.A.2.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of June, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to: All counsel of record