UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-23079-CIV-JORDAN

| | |
|---|---|
| SHIRLEY MATTINGLY, | ) |
| Plaintiff | ) |
| vs. | ) |
| CARNIVAL CORPORATION, | ) |
| Defendant | ) |

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**

In light of the parties' stipulation for dismissal with prejudice [D.E. 22 ], this action against Carnival Corporation is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to: All counsel of record